# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| STC.UNM,<br>   Plaintiff,<br>v.<br><br>TAIWAN SEMICONDUCTOR<br>MANUFACTURING COMPANY LIMITED<br>and TSMC NORTH AMERICA, INC.,<br>   Defendants. | CIVIL ACTION NO. 6:19-CV-261<br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S CORPORATE DISCLOSURES

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff STC.UNM provides the following disclosures:

1. Plaintiff STC.UNM is a New Mexico nonprofit research park corporation formed, owned, and controlled entirely by the Board of Regents of the University of New Mexico. STC.UNM is a governmental of the State of New Mexico.

Dated:   April 12, 2019

Respectfully submitted,

By:   /s/ *Charles L. Ainsworth*
   Charles L. Ainsworth (Texas 00783521)
   Robert Christopher Bunt (Texas 00787165)
   (application pending)
   PARKER, BUNT & AINSWORTH, P.C.
   100 East Ferguson, Suite 418
   Tyler, Texas 75702
   Tel: (903) 531-3535
   charley@pbatyler.com
   rcbunt@pbatyler.com

        Michael W. Shore (Texas 18294915)
        Alfonso G. Chan (Texas 24012408)
        Samuel E. Joyner (Texas 24036865)
        SHORE CHAN DEPUMPO LLP
        901 Main Street, Suite 3300
        Dallas, Texas 75202
        Tel: (214) 593-9110
        Fax: (214) 593-9111
        mshore@shorechan.com
        achan@shorechan.com
        sjoyner@shorechan.com

        Brian D. Melton (Texas 24010620)
        John P. Lahad (Texas 24068095)
        Alejandra C. Salina (Texas 24102452)
        Jeffrey David (Texas 24053171)
        SUSMAN GODFREY LLP
        1000 Louisiana St., Suite 5100
        Houston, Texas 77002
        Tel: (713) 651-9366
        Fax: (713) 654-6666
        bmelton@susmangodfrey.com
        jlahad@susmangodfrey.com
        asalinas@susmangodfrey.com
        jdavid@susmangodfrey.com

        **COUNSEL FOR PLAINTIFF STC.UNM**

## CERTIFICATE OF SERVICE

I hereby certify that, on April 12, 2019, a true and correct copy of the foregoing was served to any and all counsel of record via CM/ECF.

        */s/ Charles Ainsworth*
        CHARLES AINSWORTH