UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| STC.UNM,<br><br>            *Plaintiff,*<br><br>    vs.<br><br>TAIWAN SEMICONDUCTOR<br>MANUFACTURING COMPANY and<br>TSMC NORTH AMERICA, INC.,<br><br>            *Defendants.* | §<br>§<br>§<br>§<br>§    No. 6:19-cv-00261-ADA<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Taiwan Semiconductor Manufacturing Company and TSMC North America, Inc. (collectively, "TSMC") hereby file this Unopposed Motion for an Extension of Time to Respond to Plaintiff STC.UNM's Complaint.

TSMC's response to STC.UNM's Complaint is currently due June 20, 2019. TSMC respectfully requests a 30-day extension through and including **July 22, 2019**. TSMC believes that the interests of justice will be served by extending the response date in order to provide TSMC with sufficient time to properly investigate and respond to the Complaint. STC.UNM does not oppose this extension.

Dated: June 4, 2019

Respectfully submitted,

*/s/ David H. Harper*
Phillip B. Philbin
Texas State Bar No. 15909020
David H. Harper
Texas State Bar No. 09025540
david.harper@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

Dominic Massa (*pro hac vice pending*)
Massachusetts State Bar No. 564694
dominic.massa@wilmerhale.com
Joy L. Backer (*pro hac vice pending*)
Massachusetts State Bar No. 694323
joy.backer@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR
60 State Street
Boston, MA 02109
Telephone: (617) 526-6711
Facsimile: (617) 526-5000

Olga Musayev (*pro hac vice pending*)
New York State Bar No. 5633029
olga.musayev@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

**ATTORNEYS FOR DEFENDANTS TAIWAIN SEMICONDUCTOR MANUFACTURING COMPANY AND TSMC NORTH AMERICA, INC.**

## CERTIFICATE OF CONFERENCE

  On June 3, 2019, the undersigned counsel conferred with counsel for STC.UNM on the relief requested in this motion. Counsel for STC.UNM indicated that Plaintiff does not oppose the requested relief.

               */s/ David H. Harper*
               David H. Harper

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Charles L. Ainsworth (Texas 00783521)
Robert Christopher Bunt (Texas 00787165)
(application pending)
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 418
Tyler, Texas 75702
Tel: (903) 531-3535
charley@pbatyler.com
rcbunt@pbatyler.com

Michael W. Shore (Texas 18294915)
Alfonso G. Chan (Texas 24012408)
Samuel E. Joyner (Texas 24036865)
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111
mshore@shorechan.com
achan@shorechan.com
sjoyner@shorechan.com

Brian D. Melton (Texas 24010620)
John P. Lahad (Texas 24068095)
Alejandra C. Salinas (Texas 24102452)
Jeffrey David (Texas 24053171)
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
bmelton@susmangodfrey.com
jlahad@susmangodfrey.com
asalinas@susmangodfrey.com
jdavid@susmangodfrey.com

                                                  */s/ David H. Harper*
                                                  David Harper